UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ODRAYE G. JONES (n/k/a Malik Allah-U-Akbar), | : | CASE NO. 1:03 CV 1192 |
| Petitioner, | : | |
| | : | JUDGE SOLOMON OLIVER, JR. |
| vs. | : | |
| MARGARET BRADSHAW, Warden, | : | **MEMORANDUM OF OPINION AND ORDER** |
| Respondent. | : | |

Before the Court in this capital habeas corpus case is Petitioner Odraye Jones's pro se "Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(4)."[1] (ECF No. 241.) In it, Jones claims that "[t]he proceedings before the district court were void because it passed upon issues that were moot and, therefore, the court lacks jurisdiction." (ECF No. 241 at 2.)

The Court will not consider this motion. Jones is represented by counsel, and, as the Court repeatedly has held, he "cannot proceed by means of hybrid representation in this matter." (*See, e.g.*, ECF No. 72 at 2; ECF No. 222 at 3.) *See United States v. Mosely*, 810 F.2d 93, 97 (6th Cir. 1987) (holding that a criminal defendant has no right to be represented by counsel and to represent himself at the same time, because it would confuse the jury and cause undue delay). Indeed, this Court has

---

[1] This case was transferred to the undersigned upon the death of United States District Court Judge David A. Katz. In addition, Jones has legally changed his name to Malik Allah-U-Akbar. (*See* ECF No. 198.) The Court will continue to refer to him as Jones in this Memorandum of Opinion and Order, however, for the sake of clarity and continuity.

specifically advised Jones that he is not to file any further pro se pleadings in this case. (*See, e.g.,* ECF No. 72 at 3; ECF No. 201 at 26.)

Accordingly, Jones' pro se "Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(4)" (ECF No. 241) is dismissed.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

August 10, 2017