# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 07-3766/15-4308

_____

Filed: November 17, 2022

ODRAYE G. JONES, nka Malik Allah-U-Akbar

    Petitioner - Appellant

                                                1:03cv1192 - SO

v.

MARGARET BRADSHAW, Warden

    Respondent - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 08/22/2022 the mandate for this case hereby issues today.   Affirmed in part, Reversed in part, and Remanded

COSTS:  None