Case No. 07-3766/15-4308

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

ODRAYE G. JONES, nka Malik Allah-U-Akbar

    Petitioner - Appellant

v.

MARGARET BRADSHAW, Warden

    Respondent - Appellee

BEFORE: MOORE, COLE, and GRIFFIN, Circuit Judges.

Upon consideration of the appellee's motion for an extension of time until July 26, 2024, to comply with the conditional writ in which to commence Jones' new penalty-phase trial,

And further considering the appellant's opposition thereto,

It is therefore **ORDERED** that the motion be and it hereby is **DENIED**.

                              **ENTERED BY ORDER OF THE COURT**
                              Kelly L. Stephens, Clerk

Issued: November 14, 2023