# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **ODRAYE G. JONES**, | ) | Case No. 1:03 cv 1192 |
| Petitioner, | ) | |
| | ) | JUDGE OLIVER |
| v. | ) | |
| | ) | **ORDER TO ISSUE WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR PETEITIONER'S ATTENDANCE AT HEARING** |
| **MARGARET BRADSHAW, Warden**, | ) | |
| Respondent. | ) | |
| | ) | **DEATH PENALTY CASE** |

The Court has before it Petitioner's Motion to Issue Unconditional Writ of Habeas Corpus and Bar Retrial, (ECF No. 278). The court will hold a hearing on the Motion on February 15, 2024 at 2:00 p.m. in Courtroom 19A, Carl B. Stokes United States Courtrhouse, 801 West Superior Avenue, Cleveland, Ohio. Petitioner's attendance at the hearing is required.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the Clerk of this Court be and is instructed to issue to the Ohio State Penitentiary and/or Warden Charmaine Bracy, Ohio State Penitentiary, 878 Coitsville-Hubbard Road, Youngstown, Ohio 44505, Phone (330) 743-0700, Fax (330) 743-0841, the attached writ of habeas corpus ad prosequendum requiring that Odraye G. Jones, (Inmate No. A358112) be brought before this Court for the hearing on February 15, 2024, at 2:00 p.m.

IT IS SO ORDERED.

Dated  1/5/2024

/S/ SOLOMON OLIVER, JR.
SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE